UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-09472-GW-GJS | Date | November 1, 2022 |
|---|---|---|---|
| Title | Vivint, Inc. v. SkyBell Technologies, Inc. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| Elisa Quintero | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER STRIKING RE: NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENT PRODUCTION AND DEPOSITION TESTIMONY [161]

Plaintiff's Notice of Motion and Motion to Compel Document Production and Deposition Testimony (161) is **STRICKEN** as untimely. As Plaintiff acknowledges, the Motion was filed in violation of both the Local Rules and this Court's Procedures given the Discovery Cutoff set forth in the District Court's Scheduling Order. In order to provide the required notice, the Motion was set for hearing *after* the November 21, 2022, Discovery Cutoff. The Magistrate Judge is without jurisdiction to rule on, or order further discovery to be taken, after the Discovery Cutoff.

Plaintiff presumes that Defendant will not suffer any prejudice because of Plaintiff's late filing. But delay itself, particularly in light of the remaining deadlines set in the Scheduling Order, amounts to prejudice. Moreover, Plaintiff further presumes that the Magistrate Judge's schedule allows for hearing on the date set in the filing (the week of the Thanksgiving holiday), immediate issuance of an order, and if the motion is granted, time for both further production of documents and the taking of depositions after the discovery cutoff and during the holidays.

IT IS SO ORDERED.
cc: District Judge

Initials of Preparer  00:00
eq