| | |
|---|---|
| FOLEY & LARDNER LLP<br>95 South State Street, Suite 2500<br>Salt Lake City, Utah 84111<br>Tel: (801) 401-8900<br>Fax: (385) 799-7576<br><br>David R. Wright<br>  drwright@foley.com<br>  (*admitted pro hac vice*)<br>Michael A. Manookin<br>  mmanookin@foley.com<br>  (*admitted pro hac vice*)<br>Adam R. Aquino<br>  aaquino@foley.com<br>  (Cal. Bar No. 324526)<br>Stewart R. Nelson<br>  srnelson@foley.com<br>  (*admitted pro hac vice*)<br><br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Tel: (414) 271-2400<br>Fax: (414) 271-4900<br><br>Kevin J. Malaney<br>  kmalaney@foley.com<br>  (*admitted pro hac vice*)<br><br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>Tel: (312) 832-4500<br>Fax: (312) 832-4700<br><br>Andrew M. Gross<br>  agross@foley.com<br>  (*admitted pro hac vice*) | COLE SCHOTZ, P.C.<br>901 Main Street, Suite 4120<br>Dallas, Texas 75202<br>Tel: (469) 557-9390<br>Fax: (469) 533-1587<br><br>Gary R. Sorden<br>  gsorden@coleshotz.com<br>Arjun Padmanabhan<br>  apadmanabhan@coleschotz.com<br>Brian L. King<br>  bking@coleschotz.com<br>Christopher L. Evans<br>  cevans@coleschotz.com<br>Kumar Vinnakota<br>  kvinnakota@coleschotz.com<br>Vishal Patel<br>  vpatel@coleschotz.com<br><br>CALL & JENSEN, A PROFESSIONAL CORPORATION<br>610 Newport Center Drive, Suite 700<br>Newport Beach, California 92660<br>Tel: (949) 717-3000<br><br>Aaron L. Renfro<br>  arenfro@calljensen.com<br>  (Cal. Bar No. 255086)<br><br>*Attorneys for Defendant*<br>*SkyBell Technologies, Inc.* |

1  FOLEY & LARDNER LLP
2  150 East Gilman Street, Suite 5000
   Madison, WI 53703
3  Tel: (608) 257-5035

4  Jack T. Carroll
5    jcarroll@foley.com
6    (*admitted pro hac vice*)

7  MASCHOFF BRENNAN
   Sterling A. Brennan
8    sbrennan@mabr.com
9    (Cal. Bar No. 126091)
   Christina L. Trinh
10   ctrinh@mabr.com
11   (Cal. Bar No. 307879)
   100 Spectrum Center Dr., Suite 1200
12 Irvine, California 92618
13 Tel: (949) 202-1900
   Fax: (949) 453-1104
14

15 MASCHOFF BRENNAN
   Charles S. Barquist
16   cbarquist@mabr.com
17   (Cal. Bar. No. 133785)
   1801 Century Park East, Suite 2400
18 Los Angeles, California 90067

19
   *Attorneys for Plaintiff*
20 *Vivint, Inc.*

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVINT, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>SKYBELL TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No.: 2:21-cv-09472-GW-GJSx<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

On November 10, 2022, the Court granted Defendant SkyBell Technologies, Inc.'s ("SkyBell's") motion to stay pending *inter partes* review ("IPR") of U.S. Patent No. 7,956,739 (the "'739 Patent") – one of the two patents asserted by Plaintiff Vivint, Inc. ("Vivint") in this case. *See* ECF No. 174. Following the entry of a joint stipulation by which SkyBell stipulated "to be bound by 35 U.S.C. 315(e)(2) as if it were a party to the ['739] IPR" (*see* ECF No. 180), this case was stayed on December 20, 2022. *See* ECF No. 181. As part of that order, the Court requested this status report and set a status conference for June 1, 2023.

In accordance with ECF No. 181, Vivint and SkyBell (collectively, the "Parties") hereby submit this Joint Status Report. On February 10, 2023, the Patent Trial and Appeal Board of the PTO determined that claims 1-17 of the '739 Patent were unpatentable. *See* IPR2021-01374, Paper 33. On April 13, 2023, Vivint timely filed and served a notice of appeal to the United States Court of Appeals for the Federal Circuit regarding the PTO's February 10, 2023 decision finding the claims of the '739 Patent unpatentable. *See* IPR2021-01374, Paper 34. Vivint's appeal is docketed as Case No. 23-1787 at the Federal Circuit and no briefing has been submitted yet.

In light of Vivint's appeal of the PTO's decision in the '739 IPR, the Parties jointly propose that the stay in this case remain in place until Vivint's appeal at the Federal Circuit is complete.

Dated: May 24, 2023

| | |
|---|---|
| */s/ Kevin J. Malaney* | */s/ Vishal Patel* |
| FOLEY & LARDNER LLP | COLE SCHOTZ, P.C. |
| David R. Wright | Gary R. Sorden |
| Michael A. Manookin | Arjun Padmanabhan |
| Adam R. Aquino | Brian L. King |
| Stewart R. Nelson | Christopher L. Evans |
| Kevin J. Malaney | Kumar Vinnakota |
| Andrew M. Gross | Vishal Patel |
| Jack T. Carroll | |
| | CALL & JENSEN, A PROFESSIONAL |
| MASCHOFF BRENNAN | CORPORATION |
| GILMORE & ISRAELSEN, PLLC | Aaron L. Renfro |
| Sterling A. Brennan | |
| Charles S. Barquist | *Attorneys for Defendant* |
| Christina L. Trinh | *SkyBell Technologies, Inc.* |

*Attorneys for Plaintiff Vivint, Inc.*

-5-
Case No. 2:21-cv-09472-GW-GJSx                                                              JOINT STATUS REPORT